JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT MARTINEZ, | ) | Case No. CV 19-1882-JLS (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: January 4, 2021

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE